UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

DAMIEN ALFALLA,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SEALED ORDER**

25 Cr. ___

25 CRIM 46 ℞

WHEREAS, an application has been made by the United States of America, with the defendant's consent, for the temporary sealing of filings and other docket entries in the above-captioned case, and the captioning of the case as *United States v. John Doe* in the public docket;

WHEREAS, the Court finds that active law enforcement investigations may be compromised if the Government's application is not granted;

IT IS HEREBY ORDERED that filings in the above-captioned case be filed under seal, and the case shall be captioned as *United States v. John Doe* in the public docket, until further order by this Court;

IT IS FURTHER ORDERED that no docket entries shall be made in the above-captioned matter until further Order by this Court; and

IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the transcript of proceedings in this matter without further Order of the Court; and

IT IS FINALLY ORDERED that the Government shall report to the Court on or before six

months after execution of this Order regarding the continuing need, if any, to maintain these

matters under seal.

SO ORDERED:

Dated:        New York, New York
              October 14, 2025

_____
THE HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

            - v. -

DAMIEN ALFALLA,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SEALED AFFIRMATION
AND APPLICATION**

25 Cr. ___

        Marguerite B. Colson hereby affirms, under penalty of perjury and pursuant to Title 28, United States Code, Section 1746, as follows:

        1.     I am an Assistant United States Attorney in the office of Jay Clayton, United States Attorney for the Southern District of New York, and I am familiar with this matter. By this affirmation, the Government applies for an order of the Court directing that filings and other docket entries in the above-captioned case be filed under seal, and that the case be captioned *United States v. John Doe* in the public docket.

        2.     On or about October 14, 2025, the defendant in the above-captioned case was presented before the Honorable Ona T. Wang, United States Magistrate Judge for the Southern District of New York, on an Information. The defendant is cooperating with the Government in connection with a grand jury investigation and intends to plead guilty pursuant to a cooperation agreement.

        3.     Although there is a qualified right of public access to Court documents, the Second Circuit has recognized that documents may be filed under seal to protect, among other things, a cooperating defendant's safety or to further ongoing law enforcement efforts, including

grand jury investigations. *See United States v. Cojab*, 996 F.2d 1404, 1407-09 (2d Cir. 1993) (affirming sealing order); *United States v. Haller*, 837 F.2d 84, 88 (2d Cir. 1988) (affirming decision to seal that portion of a plea agreement that referred to a defendant's ongoing cooperation); *see also* Fed. R. Crim. Pro. 49.1(d) and (e) & advisory committee note (permitting a court to order filings to be made under seal, and explicitly listing, as examples, "motions for downward departure for substantial assistance" and "plea agreements indicating cooperation"). The Second Circuit has also recognized that even docketing the applications to seal those materials could be prejudicial, and in such cases the applications themselves and related notes to the docket could be sealed. *See United States v. Alcantara*, 396 F.3d 189, 200 n.8 (2d Cir. 2005). Docketing this case under the pseudonym "John Doe," and sealing all filings in the case, is equivalent to making a sealed entry in the docket sheet.

4.    Compelling law enforcement interests support an order directing that filings and other docket entries in this case be made under seal. Exposure of the defendant's cooperation would jeopardize an ongoing investigation into the defendant's former co-conspirators. An order sealing filings and other docket entries in the above-captioned case would greatly reduce the risk that the defendant's ongoing cooperation with the Government will be exposed.

5.    The defendant's cooperation (and the charges against him) will not be kept sealed indefinitely, however. The Government anticipates that, once his cooperation leads to the arrest and prosecution of others, the filings in this case may be unsealed, and the docket sheet could reflect the true caption of this case. At that time, the Government will move this Court for an order unsealing the filings of this case, and restoring the true caption of the case to the docket sheet.

4

6.      Accordingly, the Government requests that filings and other docket entries in the above-captioned case, including this Affirmation and any order issued in connection with it, be filed under seal, and that the case be captioned *United States v. John Doe* in the public docket, until further order of the Court.   No prior request for the relief set forth herein has been made.

Dated:      New York, New York
            October 14, 2025

Marguerite B. Colson
Assistant United States Attorney
Southern District of New York
(212) 637-2587

5